UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL     JS6

| Case No. | CV 14-5114-CBM(SHx) | Date | JANUARY 14, 2015 |
|---|---|---|---|

| Title | JULIANNA SIMMONS v. AMERICAN HONDA FINANCE, ET AL |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with the Court on July 1, 2014.  On December 10, 2014, the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution.

The Court's Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required would result in this dismissal of this action if good cause was not shown for any extension of time.  Plaintiff was to respond to the Court's Order to Show Cause no later than January 2, 2015.

As of the date of this Order, Plaintiff has not filed a proof of service or otherwise responded to the Court's Order to Show Cause.  Accordingly, this action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

cc: all parties

CV-90 (12/02)            **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS